

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00623-CR

Matthew **SERNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The reporter's record was originally due on October 2, 2018.  On January 3, 2019, court reporter Leticia Escamilla filed a FOURTH notification of late reporter's record.  Ms. Escamilla is ORDERED to file the reporter's record with this court **no later than February 1, 2019**. *See* TEX. R. APP. P. 40.2 ("the court of appeals must hear and determine a criminal appeal at the earliest possible time").

Any requests for additional time to file the record will be disfavored and must be accompanied by a signed, written status report.  The report must comply with the following requirements:

- describe the transcript by day with the date, description, page counts, and remarks for each day;
- list the page counts for the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks); and
- describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

In addition, if the record is not received by February 1, 2019, a show cause order may issue directing Ms. Escamilla to appear on a day certain and show cause why she should not be held in contempt for failing to file the record.



Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court